derson, M. Carter Hall, and Morton K. Yonts for petitioners. Solicitor General Thacher and Messrs. Claude R. Branch, J. Frank Staley, Thomas E. Rhodes, Paul D. Miller, Charles Henry Butler, John A. Kratz, George L. Shearer, and McCready Sykes for respondents.

No. 325. Scripps, Executrix, v. Scripps, Executor, et al. October 20, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. Messrs. Frank H. Shaffer, Jr., Nathan L. Miller, John Weld Peck, Charles A. Brodek, and John H. Perry for petitioner. Mr. Newton D. Baker for respondents.

No. 326. Missouri Pacific R. Co. v. Chicago, Rock Island & Pacific Ry. Co. October 20, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. Messrs. R. E. Wiley and Edward J. White for petitioner. No appearance for respondent.

No. 328. Louisiana ex rel. Board of School Directors v. Brooklyn Cooperage Co. October 20, 1930. Petition for writ of certiorari to the Supreme Court of Louisiana denied. Mr. Peyton R. Sandoz for petitioner. Mr. E. B. Dubuisson for respondent.

No. 329. Bridgeport Irrigation District v. United States. October 20, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. Mr. William Ritchie, Jr., for petitioner. Solici-